CLOSED, FOSAMAX, MDL1789, STAY

## U.S. District Court
### District of New Jersey [LIVE] (Trenton)
### CIVIL DOCKET FOR CASE #: 3:07-cv-03116-FLW-JJH
### Internal Use Only

SAMBRANO v. MERCK & CO., INC.
Assigned to: Judge Freda L. Wolfson
Referred to: Magistrate Judge John J. Hughes
Case in other court: Middlesex County Superior Court, 07-05867
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 07/05/2007
Date Terminated: 08/22/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**MARILYN SAMBRANO**    represented by    **DAVID JACOBY**
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, PC
1040 N. KINGS HIGHWAY
SUITE 304
CHERRY HILL, NJ 08034
(856) 482-1600
Fax: 856-482-1911
Email: djacoby@anapolschwartz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GREGORY S. SPIZER**
ANAPOL, SCHWARTZ, WEISS, COHEN, FELDMAN & SMALLEY, PC
1040 KINGS HIGHWAY NORTH
SUITE 304
CHERRY HILL, NJ 08034
(856) 482-1600
Fax: (856) 482-1911
Email: gspizer@anapolschwartz.com
*ATTORNEY TO BE NOTICED*



U.S. DISTRICT COURT FILED AUG 28 2007 S.D. OF N.Y.

V.

**Defendant**

**MERCK & CO., INC.**    represented by    **BART ALAN WHITLEY**
HUGHES, HUBBARD & REED, LLP
101 HUDSON STREET
SUITE 3601
JERSEY CITY, NJ 07302-3908

(201) 536-9220
Email: whitley@hugheshubbard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/05/2007 | 1 | NOTICE OF REMOVAL by MERCK & CO., INC. from Middlesex County Superior Court, case number 07-5867. ( Filing fee $ 350 receipt number 1548485) with the following state court proceedings annexed 1) complaint (tp ) (Entered: 07/06/2007) |
| 07/11/2007 | 2 | ANSWER to Complaint by MERCK & CO., INC..(WHITLEY, BART) (Entered: 07/11/2007) |
| 07/11/2007 | 3 | STATEMENT *Corporate Disclosure Statement* by MERCK & CO., INC.. (WHITLEY, BART) (Entered: 07/11/2007) |
| 07/13/2007 | 4 | MOTION to Stay *Proceedings Pending Transfer to MDL No. 1789* by MERCK & CO., INC.. (Attachments: # 1 Brief # 2 Certification # 3 Text of Proposed Order)(WHITLEY, BART) (Entered: 07/13/2007) |
| 07/16/2007 |  | Set Deadlines as to 4 MOTION to Stay *Proceedings Pending Transfer to MDL No. 1789*. Motion Hearing set for 8/6/2007 before Magistrate Judge John J. Hughes. (PLEASE NOTE THAT PURSUANT TO FED. R. CIV. P. 78 AND LOCAL RULE 7.1(B)(4), NO ORAL ARGUMENT WILL BE HELD IN THIS MATTER AND PARTIES SHOULD NOT APPEAR UNLESS SPECIFICALLY DIRECTED TO DO SO BY THE COURT.)(lk) (Entered: 07/16/2007) |
| 08/01/2007 | 5 | MOTION to Remand by MARILYN SAMBRANO. (SPIZER, GREGORY) (Entered: 08/01/2007) |
| 08/02/2007 |  | CLERK'S QUALITY CONTROL MESSAGE: Document 5 Motion to Remand is not in compliance with Local Civil Rule 7.1(d)(1) which requires Briefs to be submitted as separate documents. While a Brief may be submitted as a SEPARATE ATTACHMENT, it is not to be a part of the moving papers. ALSO NOTE: The return date of your motion is incorrect that it is NOT a motion date for the Trenton vicinage. You are to refile your Motion by 8/6/07 in compliance with Local Rule 7.1. This message is for informational purposes only. (lk) (Entered: 08/02/2007) |
| 08/02/2007 | 6 | Amended MOTION to Remand *(Notice of Motion)* by MARILYN SAMBRANO. (Attachments: # 1 Motion to Remand# 2 Memo of Law# 3 Proposed Order# 4 Certificate of Service)(SPIZER, GREGORY) (Entered: 08/02/2007) |
| 08/03/2007 |  | Set Deadlines as to 6 Amended MOTION to Remand *(Notice of Motion)*. Motion Hearing set for 9/4/2007 10:00 AM in Trenton - Courtroom 5E before Judge Freda L. Wolfson. (PLEASE NOTE THAT PURSUANT TO FED. R. CIV. P. 78 AND LOCAL RULE 7.1(B)(4), NO ORAL ARGUMENT WILL BE HELD IN THIS MATTER AND PARTIES |

| | | |
|---|---|---|
| | | SHOULD NOT APPEAR UNLESS SPECIFICALLY DIRECTED TO DO SO BY THE COURT.) (ck, ) (Entered: 08/03/2007) |
| 08/06/2007 | | (Court only) ***Motions terminated: 5 MOTION to Remand filed by MARILYN SAMBRANO. (lk) (Entered: 08/06/2007) |
| 08/06/2007 | 7 | ORDER granting 4 Motion to Stay; denying 6 Motion to Remand; and directing deft. to advise the Court on status monthly by letter. Signed by Judge John J. Hughes on 8/6/07. (lk) (Entered: 08/06/2007) |
| 08/22/2007 | 8 | Order of MDL Panel transferring case to the Southern District of New York. (ck ) (Entered: 08/23/2007) |
| 08/23/2007 | 9 | Clerk's Letter re 8 MDL Conditional Transfer Order (out). (ck, ) (Entered: 08/23/2007) |

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____ Deputy Clerk