UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

## ORDER FOR ADMISSION PRO HAC VICE ON ORAL MOTION

Upon the oral motion of William J. Beausoleil, attorney for defendant Merck & Co., Inc., and said sponsor attorney's declaration that applicant Stephen E. Marshall is a member in good standing of the bar of the United States District Court, District of Maryland; and that applicant's contact information is as follows:

    Applicant's Name: Stephen E. Marshall

    Firm Name: Venable LLP

    Address: Two Hopkins Plaza, Suite 1800

    City/State/Zip: Baltimore, MD 21201

    Telephone/Fax: (410) 244-7407/(410) 244-7742

    Email Address: semarshall@venable.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Merck & Co., Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Stephen E. Marshall is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

60098244_1.DOC

2

www.nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of the Court.

Dated: December 19, 2007

New York, New York

*John F. Keenan*
United States District Judge



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

# E – FILING REGISTRATION FORM

| **Requirements:** An attorney seeking to file documents electronically must be (1.) admitted to practice in the United States District Court for the Southern District of New York and be a member in good standing with the Court pursuant to Local Civil Rule 1.3 (2.) admitted pro hac vice or (3.) authorized to represent the United States of America. | **Instructions:** Complete this form to request an Electronic Case Filing (ECF) account from the United States District Court, Southern District of New York. Complete the form on-line and submit the form on-line **OR** print a hard copy, sign it, and present it to the Clerk's office at the address provided. **After verification, your user id and password will be electronically mailed to your e-mail address.** |
|---|---|

(Please type your full name, including suffix, e.g. Sr., Jr., II, III, etc.)

First Name: Stephen    Middle Name: E.    Last Name: Marshall    If appropriate, check one: Sr. ☐  Jr. ☐  II ☐  III ☐

E-Mail: semarshall@venable.com    Telephone: (410) 244-7407    Fax: (410) 244-7742

Affiliation/Firm: Venable LLP    Firm's Telephone: (410) 244-7400

Address: Two Hopkins Plaza, Suite 1800    City: Baltimore

State: (i.e. NY) MD    Zip: 21201    County of Affiliation/Firm: Baltimore County

Please provide an alpha, numeric or alphanumeric code (unique personal identifier) that will be maintained confidentially for confirming your identity should you require your password changed or reassigned. _____

Are you admitted to the bar of the Southern District of New York and a member in good standing or an attorney otherwise authorized to represent the United States?    Yes ☐    No ☐

| Date admitted to the bar of this Court or authorized to represent the United States: _____ (mm/dd/yyyy) | Bar Code (SDNY) / Govt. ID: _____ |
|---|---|
| If admitted pro hac vice, please complete. Date motion granted: _____ In case number: _____ (mm/dd/yyyy) | If Attorney of Record in MDL action, provide MDL case number: 06-1789 |

By submitting this form electronically or in paper form, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system. I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures. I understand that the combination of user id and password will serve as the signature of the attorney filing the documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. Therefore as a participating attorney, I agree to protect the security of my password and immediately notify the court if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify the court if there is a change in my personal data, such as name, e-mail address, firm address, telephone number, etc., and I will update the appropriate data within the ECF system.

_____    _____
Signature                 Date

Click button below to submit form on-line **OR** submit completed Registration Form *via hand delivery or U.S. Mail* to:
   **United States District Court**
   **Southern District of New York**
   **Daniel Patrick Moynihan U.S. Courthouse**
   **Attention: CM/ECF Registrar**
   **500 Pearl Street**
   **New York, NY 10007-1312**

**Click to Submit**    **Reset all fields**

| **Court Use Only:** |
|---|
| User Code Assigned: _____ |
| Password Assigned: _____ |
| Issuer: _____ SCAN ☐ DB ☐ |



# Certificate of Good Standing

UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that, STEPHEN EDWARD MARSHALL, ESQUIRE, BAR NUMBER 08896, was duly admitted to practice in the United States District Court for the District of Maryland on June 28, 1991, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

FELICIA C. CANNON
Clerk

Date: December 13, 2007

Tina Stavrou - Deputy Clerk