UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:   FOSAMAX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1789<br>Case No. 1:06-md-1789 JFK-JCF |
| This document relates to: | Judge Keenan |
| *Grizzell,* 1:06-cv-09459 | Magistrate Judge Francis |
| *Sambrano,* 1:07-cv-07296 | |
| _____/ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lela M. Hollabaugh hereby enters her appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

DATED: February 21, 2008

                                      Respectfully submitted,

                                      s/Lela M. Hollabaugh
                                      Lela M. Hollabaugh (TN BPR #14894)
                                      Waller Lansden Dortch & Davis, LLP
                                      511 Union Street, Suite 2700
                                      Nashville, TN  37219
                                      Tel: 615-244-6830 / Fax: 615-244-6804
                                      lela.hollabaugh@wallerlaw.com
                                      Counsel for Defendant, Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 21st day of February, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice

1778873.4

of Electronic filing to all counsel on the Service List for this case.  Parties may access this filing through the Court's system.

                                          s/Lela M. Hollabaugh
                                          Lela M. Hollabaugh
                                          Waller Lansden Dortch & Davis, LLP
                                          511 Union Street, Suite 2700
                                          Nashville, TN  37219
                                          Tel: 615-244-6830 / Fax: 615-244-6804
                                          lela.hollabaugh@wallerlaw.com